THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE SENECA LAKE GRAPE AND WINE COMPANY, Appellant.

(Argued March 3, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 12, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. Rumsey Miller* for appellant.

*Elbridge L. Adams* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____